Dismissed and Memorandum Opinion filed October 21, 2004









Dismissed and Memorandum Opinion filed October 21,
2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00936-CV

____________

 

BRIDGETTE E. WILLIAMS,
Appellant

 

V.

 

ROBERT D. BOND, Appellee

 



 

On Appeal from the
11th District Court

Harris County, Texas

Trial Court Cause No.
02-43760

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 2, 2004.

On October 12, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 21, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.